*MHN*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | C.A. No. 06CV5645 |
| GARI ALDRIDGE ET. AL., | |
| Defendant | |

## ORDER DISMISSING CLAIMS FOR DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTIES AGAINST DEFENDANTS JAMES CASMAY AND TRACEY ALDRIDGE AND ALL CLAIMS AGAINST CENTURY FINANCIAL SERVICES, INC.

This cause coming to be heard before the Court on Plaintiff Securities and Exchange Commission's Motion to Voluntarily Dismiss its Claims for Disgorgement, Prejudgment Interest, and Civil Penalties Against Defendants James Casmay and Tracy Aldridge and All Claims Against Century Financial Services, Inc. (the "Motion"); the Court being fully advised in the premises:

I.

IT IS HEREBY ORDERED that the Motion is granted, and the Commission's claims for disgorgement, prejudgment interest, and civil penalties as to Tracy Aldridge and James Casmay are dismissed with prejudice, and all of the Commission's claims against Century Financial Services, Inc. are dismissed with prejudice.

II.

IT IS FURTHER ORDERED that this Court's December 4, 2007 orders permanently enjoining James Casmay from future violations of Section 17(a) of the Securities Act of 1933

("Securities Act") [15 U.S.C. § 77q(a)], Sections 10(b) and 15(a)(1) of the Securities Exchange

Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b) and o(a)(1)] and Rule 10b-5 [17 C.F.R. §

240.10b-5] promulgated thereunder and permanently enjoining Tracy Aldridge from future

violations of Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)],

Sections 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)]

and Rule 10b-5 [17 C.F.R. § 240.10b-5] promulgated thereunder shall remain in full force and

effect.

Dated: _3-4-10_

_____
UNITED STATES DISTRICT JUDGE

2