UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SECURITIES AND EXCHANGE COMMISSION,

                  Plaintiff,

v.

GARI ALDRIDGE ET. AL.,

                  Defendant

C.A. No. 06CV5645

## JUDGMENT AGAINST DEFENDANT GARI ALDRIDGE

On March 11, 2010, this Court issued an Opinion granting Plaintiff United States Securities and Exchange Commission's Motion For Summary Judgment Against Defendant Gari Aldridge. In accordance with that Opinion, the Court hereby:

I.

Finds that Gari Aldridge violated Sections 17(a)(1),(2), and (3) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)]; Section 10(b)(5) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)]; and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5];

II.

Orders that Gari Aldridge and his agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Exchange Act of 1934 and Rule 10b-5 promulgated thereunder,

by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person; and

III.

Orders that Gari Aldridge and his agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud;

(b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

Dated: March 16, 2010

Hon. John W. Darrah, United States District Judge

3